IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RANDY SCOTT NELSON,
REG. #32204-001                                                                                    PLAINTIFF

v.                                    2:18CV00080-JM-JTK

UNITED STATES OF AMERICA, et al.                                            DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant United States of America is DISMISSED with prejudice, for failure to state a claim and as immune from liability.

2. Defendants Montalvo and Donato are DISMISSED without prejudice, for improper venue.

IT IS SO ORDERED this 9th day of July, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1