# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RANDY SCOTT NELSON,  PLAINTIFF
REG. #32204-001

2:18CV00080-JM-JTK

UNITED STATES OF AMERICA, et al.  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. The Motions for Summary Judgment filed by Defendants Wingo and Woodard (Doc. Nos. 28, 60) are GRANTED, and these two Defendants are DISMISSED without prejudice for failure to exhaust administrative remedies.

2. Plaintiff's Motion to Amend (Doc. No. 44) is DENIED.

IT IS SO ORDERED this 7th day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE