IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RANDY SCOTT NELSON,                                                             PLAINTIFF
REG. #32204-001

2:18CV00080-JM-JTK

UNITED STATES OF AMERICA, et al.                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. The Motion for Summary Judgment filed by Defendants Gotreaux, Rivera, and Tindel (Doc. No. 76) is GRANTED, and these Defendants are DISMISSED without prejudice for failure to exhaust administrative remedies.

2. Plaintiff's Complaint is DISMISSED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 22nd day of April, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE