IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RANDY SCOTT NELSON,                                                      PLAINTIFF
REG. #32204-001

2:18CV00080-JM-JTK

UNITED STATES OF AMERICA, et al.                                    DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 22nd day of April, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1